1

2

3                                                      O

4

5

6    cc: order, docket, remand letter to                JS - 6
     Los Angeles Superior Court, Northeast District,
7    No. 13PO1281

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   MISSION PROPERTY PARTNERS,    )  Case No. CV 13-03317 DDP (RZx)
     LLC,                          )
12                                 )
                     Plaintiff,    )  **ORDER GRANTING PLAINTIFF'S MOTION**
13                                 )  **TO REMAND**
          v.                       )
14                                 )
     RICARDO FORTEZA,              )  [Dkt. No. 7]
15                                 )
                     Defendant.    )
16                                 )
     _____ )
17

18       Presently before the court is Plaintiff Mission Properties

19   LLC's Motion to Remand.  Because Defendant, represented by counsel,

20   has not filed an opposition, the court GRANTS the motion.

21       Central District of California Local Rule 7-9 requires an

22   opposing party to file an opposition to any motion at least twenty-

23   one (21) days prior to the date designated for hearing the motion.

24   C.D. CAL. L.R. 7-9.  Additionally, Local Rule 7-12 provides that

25   "[t]he failure to file any required document, or the failure to

26   file it within the deadline, may be deemed consent to the granting

27   or denial of the motion."  C.D. CAL. L.R. 7-12.

28   ///

1    The hearing on Plaintiff's motion was set for June 17, 2013.

2  Plaintiff's opposition was therefore due by May 27, 2013.  As of

3  the date of this Order, Defendant has not filed an opposition or

4  any other filing that could be construed as a request for a

5  continuance.  Accordingly, the court deems Defendant's failure to

6  oppose as consent to granting the motion to dismiss, and GRANTS the

7  motion.

8

9  IT IS SO ORDERED.

10

11

12  Dated: June 12, 2013

DEAN D. PREGERSON
13                                                   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2